# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

RAFAEL ALBERTO CAPDEVILA MANZANO,

    Petitioner,

v.                                                                              No. 2:26-cv-0133 KG/JFR

WARDEN, Otero County Processing Center;
MARY DE ANDA-YBARRA, Field Officer Director of
Enforcement and Removal Operations, El Paso
Field Office, Immigration and Customs
Enforcement; KRISTI NOEM, Secretary, U.S. Department
Of Homeland Security; and PAMELA BONDI,
U.S. Attorney General,

    Respondents,[1]

## **ORDER TO ANSWER**

       Before the Court is the *pro se* Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. 1) (Petition), filed on January 22, 2026, by Nathaly Capdevila on behalf of detainee/Petitioner Rafael Alberto Capdevila Manzano.  Ms. Capdevila states she is Mr. Manzano's sister and is acting as Mr. Manzano's "Next Friend."  (Doc. 1) at 1.  Petitioner is a citizen of Cuba and is in Immigration and Customs Enforcement (ICE) custody at the Otero County Processing Center in New Mexico.  Petitioner states he entered the United States under Humanitarian Parole pursuant to INA § 212(d)(5)(A), valid for one year and with a credible fear

---

[1] The opening pleading does not list any respondents.  The Court adds the above-mentioned parties as Respondents in this case.  *See Lowmaster v. Dir., Bureau of Prisons*, 2024 WL 5135970, at *1 (D. Kan. Dec. 17, 2024) ("the Court notes that it routinely substitutes the" proper parties as "respondent in habeas cases"); *Danderson v. Page*, 2024 WL 3913051, at *2 (E.D. Okla. Aug. 20, 2024) (substituting the proper party respondent in a habeas case).

determination.  *Id.* at 1; *see also* (Doc. 1) at 10.  On December 5, 2024, he appeared before an immigration judge who scheduled his next court date for 2027.  *Id.* at 1.  Petitioner states that after leaving immigration court, he was stopped at a U.S. Border patrol interior checkpoint and was detained along with his partner "based on false allegations that they had missed ICE appointments."  *Id.*[2]  Petitioner further states he has been in ICE custody continuously since December 5, 2024.  Petitioner claims his continued detention violates the Fifth Amendment Due Process Clause and seeks immediate release.  *Id.*

Having conducted an initial review of the Petition, the Court will order Respondents to answer the Petition (Doc. 1).  In *pro se* habeas cases, the practice of this Court is to provide a copy of the Petition to the United States Attorney's Office (USAO) when an answer is required.  The Clerk will email a copy of the Petition (Doc. 1) and this Order to Respondents at USANM.Civil.Immigration@usdoj.gov.  Respondents must answer the *pro se* Petition within ten (10) business days of entry of this Order and show cause why the requested relief should not be granted.  *See* Habeas Rules 1(b), 4 (courts have discretion to set a time for respondents to answer a habeas petition).  Petitioner may file an optional reply within five (5) business days after the answer brief is filed.

**IT IS THEREFORE ORDERED** that the Clerk's Office shall forward a copy of the Petition (**Doc. 1**) and this Order to the United States Attorney's Office at: **USANM.Civil.Immigration@usdoj.gov**.

**IT IS FURTHER ORDERED** that Respondents must answer the Petition within ten (10) business days of entry of this Order and show cause why the requested relief should not be granted.

---

[2] Ms. Capdevila filed a separate Section 2241 Petition on behalf of Petitioner's partner, Adanay Marrero Armiguel, which was opened as Case No. 2:26cv131 MIS/LF.

If Petitioner wishes to file an optional reply, she must do so within five (5) business days after Respondents' response is filed.

**IT IS FURTHER ORDERED** that the Clerk's Office shall mail a copy of this Order to Petitioner at the Otero County Processing Center, 26 McGregor Range Rd., Chaparral, NM 88081.

/s/Kenneth J. Gonzales\
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.