IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RAFAEL ALBERTO CAPDEVILA MANZANO,

    Petitioner,

v.                                                   2:26-cv-00133-KG-JFR

KRISTI NOEM, et al.,

    Respondents.

## ORDER TO SHOW CAUSE

Petitioner Rafael Alberto Capdevila Manzano filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 on January 22, 2026. Doc. 1. On January 23, 2026, this Court entered an Order to Answer directing the Government to file a response within 10 business days. Doc. 3. The Government has failed to respond.

IT IS THEREFORE ORDERED that the Government shall, within three business days of the entry of this Order, file a response and show cause why the Petition should not be granted. Petitioner's reply, if any, shall be filed within three business days after the Government files its response. The Clerk shall send a copy of this Order and the Petition to the U.S. Attorney's Office at the following email address: USANM.Civil.Immigration@usdoj.gov.

                                                    /s/Kenneth J. Gonzales
                                                    CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.